**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**EVAN MATTOX**

**Plaintiff,**

**V.**

**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND AND DWANE TILLIS**

**Defendant.**

**CIVIL ACTION NO. 2:26-cv-02343**

**JUDGE BRANDON S. LONG**

**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT**

**RESPONSE TO COURT'S REMOVAL ORDER**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, the Administrators of the Tulane Educational Fund, and in accordance with 28 U.S.C. § 1447(b) and this Court's October 13, 2026 Order (R. Doc. 4), states as follows:

1. The parties involved in this action and the attorneys representing them are:

a) *Plaintiff, Evan Mattox*
*Through her Attorney of Record:*
*Randy G. McKee*
*1100 Poydras Street, Suite 2805*
*New Orleans, LA 70163*
*Telephone: 504-581-5902*
*Email: rgmckee@mckeelawllc.com*

b) *Defendant, the Administrators of the Tulane Educational Fund*
*Through their Attorneys of Record:*
*Kim M. Boyle*
*Rebecca Sha*
*Caroline Perlis*
*Phelps Dunbar, LLP*
*365 Canal Street, Suite 2000*
*New Orleans, La 70130*
*Telephone: 504-566-1311*
*Email:*
*Kim.boyle@phelps.com*
*Rebecca.sha@phelps.com*
*Caroline.perlis@phelps.com*

c) *Defendant, Dwane Tillis*
*Upon information and belief, Mr. Tillis has not been served and is not properly joined in this action.*

2. A copy of all pleadings that were filed in the Civil District Court for the Parish of Orleans in this matter are attached here as Exhibit 1. Tulane did not file responsive pleadings in state court prior to filing its Notice of Removal.

3. A copy of the Sheriff's Service Return regarding service of process on Tulane is attached here as Exhibit 2. Upon information and belief, Dwane Tillis has not been served.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*<u>/s/ Rebecca Sha</u>*

KIM M. BOYLE (Bar #18133)
REBECCA SHA (Bar #35317)
CAROLINE PERLIS (Bar #40905)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: kim.boyle@phelps.com
rebecca.sha@phelps.com
caroline.perlis@phelps.com

**COUNSEL FOR THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**